(W.D.T.X. Ref: 245H)(Rev. 01/05) - Judgement in a Criminal Case for a Petty Offense (Short Form)

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

FILED
05/20/2025
Clerk, U.S. District Court
Western District of Texas

By: _____FM_____
Deputy

UNITED STATES OF AMERICA

vs.

(1) MOHAMMAD FARHAD AMIRI

Defendant.

CASE NUMBER: EP:25-M -02229(1) - MAT
USM Number:

## JUDGMENT IN A CRIMINAL CASE
### (For A Petty Offense) - Short Form

The defendant, Mohammad Farhad Amiri, was represented by counsel, John Lee Granberg.

The defendant pled guilty to Count One of the Misdemeanor Information on May 20, 2025. Accordingly, the defendant is adjudged guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense |
|---|---|---|
| 8 USC 1325(a)(1) | IMPROPER ENTRY BY AN ALIEN | April 30, 2025 |

As pronounced on May 20, 2025, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of **Time Served plus one (1) day.** The defendant shall remain in custody pending service of sentence.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because reasonable efforts to collect this assessment are not likely to be effective.

Signed this the 20th day of May, 2025.

_____
MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE

# MISDEMEANOR ARRAIGNMENT/PLEA AND SENTENCING
## UNITED STATES MAGISTRATE JUDGE, MIGUEL A. TORRES
## WESTERN DISTRICT OF TEXAS
## EL PASO - DIVISION

**DATE:** 05/22/2025   **AUSA:** Michael Deardon

**CASE #:** EP:25-M-02229(1)-MAT   **CRD:** Fidel Morales

**TIME:** 0 Minutes: 11:20 am-12:28 pm   **INTERPRETER:** Y - Pashto - Tofan Dawarzal

**ELECTRONIC RECORDING**

**Defendant's Name:**   **Attorney for Defendant:**

#1   Mohammad Farhad Amiri   #1   [CJA] John Lee Granberg

| PROCEEDINGS | DFT NO.: | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|
| [X] Misdemeanor arraignment held / Defendant appears with counsel | | X | ☐ | ☐ | ☐ |
| ☐ Misdemeanor arraignment continued: | | ☐ | ☐ | ☐ | ☐ |
| [X] Defendant entered plea of GUILTY   Misd Information | | X | ☐ | ☐ | ☐ |
| ☐ Defendant entered plea of NOT GUILTY | | ☐ | ☐ | ☐ | ☐ |
| ☐ Bench trial set | | ☐ | ☐ | ☐ | ☐ |
| [X] ORAL/Consent to Magistrate jurisdiction | | X | ☐ | ☐ | ☐ |
| [X] Court accepts guilty plea | | X | ☐ | ☐ | ☐ |
| [X] Sentencing held   Misd Information | | X | ☐ | ☐ | ☐ |

(1) term of imprisonment: Time Served

(2) term of probation: -0-

(3) fine: $-0-

(4) special assessment: $10.00   REMITTED [X]   NOT REMITTED ☐

| | | | | | |
|---|---|---|---|---|---|
| ☐ Sentencing set: | | ☐ | ☐ | ☐ | ☐ |
| [X] Judgment and commitment entered | | X | ☐ | ☐ | ☐ |
| ☐ Felony complaint dismissed | | ☐ | ☐ | ☐ | ☐ |

**OTHER:** Prelim vacated. Oral motion to remit $10.00 S/A. Oral order granting motion by the court. Oral motion by the government to dismiss Count 2 and Count 3. Oral order granting oral motion.